**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Billy Jack COURTRIGHT,**
**Defendant–Appellant.**

**No. 10–14878**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Nov. 8, 2011.

Susan H. Rothstein–Youakim, Robert E. O'Neill, Matthew H. Perry, David Paul Rhodes, U.S. Attorney's Office, Tampa, FL, for Plaintiff–Appellee.

Ray Christopher Lopez, Ray C. Lopez, PA, Tampa, FL, for Defendant–Appellant.

Billy Jack Courtright, FCI, Coleman Medium, Coleman, FL, pro se.

Before HULL, PRYOR and KRAVITCH, Circuit Judges.

PER CURIAM:

Ray C. Lopez, appointed counsel for Billy Jack Courtright, has filed a motion to withdraw on appeal, supported by a brief prepared pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no issues of arguable merit, counsel's motion to withdraw is **GRANTED,** and

Courtright's conviction and sentence is **AFFIRMED.**